1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6  Attorneys for Mr. Alatorre
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj1421-01
                                    )
12           Plaintiff,              )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **ROSALIO ALATORRE JR.,**         )
                                    )
15           Defendant.              )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.
18
19
20                                      Respectfully submitted,
21 Dated: May 8, 2008                    s/ *Michelle Betancourt*
                                         **MICHELLE BETANCOURT**
                                         Federal Defenders of San Diego, Inc.
22                                       Attorneys for Defendant
                                         michelle_betancourt@fd.org