```
 1  AL SMITHSON, Esq.
    830 23rd Street
 2  San Diego, California 92102

 3  (619) 234-8729

 4  Attorney State Bar No. 51611

 5  Attorney for Material Witness:
    ERMELINDO OLLUA-NAVA
 6

 7

 8              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
 9                 (Honorable LOUISA PORTER

10  UNITED STATES OF AMERICA,        ) CRIMINAL CASE    08CR1551-JAH
                                     ) MAGISTRATE CASE 08MJ1421-POR
11                                   )    DATE: June 10, 2008
                                     )    TIME: 2:00 P.M.
12          Plaintiff,                )    COURTROOM H
                                     )
13  v.                               )
                                     )
14  ROSALIO ALATORRE, Jr,            )    PROOF OF SERVICE
    OSCAR IGNACIO BARRERA-SANTANA    )
15                                   )
                                     )
16          Defendants.               )
    _____)
17
```

I.

INTRODUCTION

I, the undersigned, state:

That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

That my business address is: 830 23rd Street, San Diego, California 92102;

That I served the NOTICE OF MOTION and MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESS; DECLARATION OF ATTORNEY IN SUPPORT OF MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESS;

1  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR**
2  **SETTING VIDEOTAPE DEPOSITION OF MATERIAL WITNESS on counsel**
3  **involved in this matter. These documents have been served on**
4  **counsel of record and the AUSA via the Court's email notification**
5  **system.**
6      I certify under penalty of perjury that the foregoing is true
7  and correct.  Executed on May 26, 2008, at San Diego, California.

9              /s/ Al Smithson
                AL SMITHSON, Attorney
10              For Material Witness